Seth W. Wiener, California State Bar No. 203747
Law Offices of Seth W. Wiener
609 Karina Court
San Ramon, CA 94582
Telephone: (925) 487-5607
Email: seth@sethwienerlaw.com

W. Cook Alciati (admitted *pro hac vice*)
Gardella Grace P.A.
80 M Street SE, 1st Floor
Washington D.C., 20003
Telephone: (703) 721-8379
Email: calciati@gardellagrace.com

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARED.COM<br><br>Plaintiff,<br><br>vs.<br><br>META PLATFORMS, INC.<br><br>Defendant. | **CIVIL NO.: 3:22-cv-02366-RS**<br><br>**STIPULATION AND ORDER TO CHANGE TIME AND CONTINUE MOTION HEARING AS MODIFIED BY THE COURT** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that, in connection with the deadlines related to Defendant Meta Platforms, Inc.'s ("Meta") Motion to Dismiss ("Motion") (ECF No. 15):

- Plaintiff Shared.com ("Plaintiff") shall have a first extension of time of 16 days, up to and including July 8, 2022 to respond to the Motion or file an Amended Complaint.

- Meta shall have a first extension of time of 7 days, up to and including July 22, 2022 to file a reply in support of the Motion or, if Plaintiff files an Amended

Complaint, Meta shall file its responsive pleading 30 days thereafter, up to and including August 8, 2022.

- The hearing on the Motion shall be continued to August 11, 2022 or, if Plaintiff files an Amended Complaint, the hearing date shall be stricken.

In support of this stipulation, the Parties state that:

1. On June 8, 2022, Meta filed a Motion to Dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6). ECF No. 15.

2. Upon filing the Motion, the ECF system automatically calculated deadlines for Plaintiff's response to the Motion and Meta's reply in support of the Motion. *Id.*

3. The ECF system also automatically set a Motion Hearing for July 13, 2022. *Id.*

4. The Motion Hearing was subsequently rescheduled by the Clerk to July 14, 2022. ECF No. 17.

5. Plaintiff requests a short first extension of time of sixteen (16) days to respond to Meta's Motion to Dismiss (*i.e.*, thirty (30) days from the Motion's filing date).

6. The current due date for Plaintiff's response is June 22, 2022 and the requested due date is July 8, 2022.

7. Given Plaintiff's requested extension of time, the Parties stipulate that Meta should receive an extension of time for it to file a reply in support of its Motion to Dismiss.

8. Meta's reply in support of its Motion is currently set for seven (7) days after Plaintiff's response to the Motion.

9. The current due date for Meta's reply is June 29, 2022 and the requested due date is July 22, 2022.

10. Finally, because of the requested extension for Plaintiff to file its response and Meta to file its reply, Plaintiff requests that the Court continue the hearing on the Motion to August 11, 2022.

11. Alternatively, if Plaintiff amends its Complaint in response to the Motion, the Parties stipulate that Meta shall file its responsive pleading up to and including August 8, 2022 (*i.e.,* thirty

STIPULATION TO CHANGE TIME AND CONTINUE MOTION HEARING [Civ. L.R. 6-2]

(30) days from the filing of the Amended Complaint), and the hearing on the Motion should be stricken.

12. The Parties submit that good cause exists for the Court to extend the time for Plaintiff to respond to Meta's motion and, consequently, for Meta to reply and the Court to conduct a hearing on the Motion.

13. First, Fed.R.Civ.P. 15(a)(1)(B) provides that, "[a] party may amend its pleading once as a matter of course within: (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier."

14. The ECF system automatically issued a fourteen (14) day response period to the Motion to Dismiss rather than the statutory twenty-one (21) day response period. *See* ECF No. 15.

15. Further, Meta has raised numerous distinct bases for dismissal of the Complaint which will require additional time to investigate in order to determine whether Plaintiff should amend its Complaint or respond to the arguments.

16. Still further, counsel for Plaintiff has a previously scheduled vacation which would affect Plaintiff's ability to timely analyze the arguments raised in Meta's Motion.

17. This is the first requested modification in the case, whether by stipulation or Court order.

18. This request is not made in bad faith or to cause undue delay.

19. Accordingly, the Parties stipulate pursuant to Civil Local Rule 6-2 that (1) Plaintiff be granted an extension of time up to and including July 8, 2022 to file a response to the Motion or to amend its Complaint, (2) Meta be granted an extension of time up to and including July 22, 2022 to file a reply in support of the Motion or, if Plaintiff files an Amended Complaint, an extension up to and including Augusts 8, 2022 to file a responsive pleading, and (3) the hearing on the Motion be continued to **August 25, 2022,** but, if Plaintiff amends its Complaint, the hearing subsequently be stricken.

20. A declaration in support of this stipulation, including information about any prior extensions, and the justification for this request, is provided below.

STIPULATION TO CHANGE TIME AND CONTINUE MOTION HEARING [Civ. L.R. 6-2]

Dated: June 16, 2022                    Respectfully submitted,


                                        /s/ W. Cook Alciati

                                        Seth W. Wiener, California State Bar No. 203747
                                        Law Offices of Seth W. Wiener
                                        609 Karina Court
                                        San Ramon, CA 94582
                                        Telephone: (925) 487-5607
                                        Email: seth@sethwienerlaw.com


                                        W. Cook Alciati (admitted *pro hac vice*)
                                        Gardella Grace P.A.
                                        80 M Street SE, 1st Floor
                                        Washington D.C., 20003
                                        Telephone: (703) 721-8379
                                        Email: calciati@gardellagrace.com

                                        *Attorneys for Plaintiff*
                                        *Shared.com*


                                        /s/ Jacob M. Heath

                                        Jacob M. Heath, California State Bar. No. 238959
                                        Orrick, Herrington & Sutcliffe LLP
                                        1000 Marsh Road
                                        Menlo Park, CA 94025-1015
                                        Telephone: (650) 614 7400
                                        Email: jheath@orrick.com

                                        *Attorney for Defendant*
                                        *Meta Platforms, Inc.*

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 16, 2022                    _____
                                        THE HONORABLE RICHARD SEEBORG
                                        United States District Judge

# DECLARATION OF W. COOK ALCIATI

I, W. Cook Alciati, declare as follows, pursuant to Civ. L.R. 6-2

1. I am a counsel of record in this action for Plaintiff. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. I submit this declaration in support of the Parties' STIPULATION TO CHANGE TIME AND CONTINUE MOTION HEARING.

3. The Parties submit that good cause exists for the Court to extend the time for Plaintiff to respond to Defendant's Motion and to adjust other dates, including Defendant's reply deadline and the hearing date for the Motion.

4. First, Fed.R.Civ.P. 15(a)(1)(B) provides that, "[a] party may amend its pleading once as a matter of course within: (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Thus, the ECF system provided automatically issued a fourteen (14) day response period to the Motion to Dismiss rather than the statutory twenty-one (21) day response period. *See* ECF No. 15. Further, Defendant has raised numerous distinct bases for dismissal of the Complaint which will require additional time to investigate in order to determine whether Plaintiff should amend or respond to the arguments. Still further, counsel for Plaintiff has a previously scheduled vacation which would affect Plaintiff's ability to timely analyze the arguments raised in Defendant's Motion.

5. This is the first modification of time in the case, whether by stipulation or Court order.

STIPULATION TO CHANGE TIME AND CONTINUE MOTION HEARING [Civ. L.R. 6-2]

6. The requested time modification will only affect briefing on and the hearing for Defendant's Motion to Dismiss. The case is still at its earliest stages and no schedule has been entered. Accordingly, no other deadlines will be impacted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 16, 2022 　　　　　　　　　　　　　　　　　　　　　　　　 _/s/ W. Cook Alciati_

STIPULATION TO CHANGE TIME AND CONTINUE MOTION HEARING [Civ. L.R. 6-2]