Seth W. Wiener, California State Bar No. 203747
Law Offices of Seth W. Wiener
609 Karina Court
San Ramon, CA 94582
Telephone: (925) 487-5607
Email: seth@sethwienerlaw.com

W. Cook Alciati (admitted *pro hac vice*)
Gardella Grace P.A.
80 M Street SE, 1st Floor
Washington D.C., 20003
Telephone: (703) 721-8379
Email: calciati@gardellagrace.com

Counsel for Plaintiff
Shared Partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARED PARTNERSHIP<br><br>  Plaintiff,<br><br>  vs.<br><br>META PLATFORMS, INC.<br><br>  Defendant. | Case No.: 3:22-cv-02366-RS<br><br>**STIPULATION AND ORDER TO RESCHEDULE THE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES AS MODIFIED BY THE COURT** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that, the Initial Case Management Conference and related deadlines be rescheduled as follows:

1. The Initial Case Manage Conference shall be continued to October 24, 2022, from the previously scheduled date of September 29, 2022.

-1-

STIPULATION TO RESCHEDULE THE INITIAL CASE MANAGEMENT
CONFERENCE AND RELATED DEADLINES

2. The deadline to file the Rule 26(f) Report, complete initial disclosures or state an objection in the Rule 26(f) Report, and to file the Joint Case Management Statement would be subsequently extended to October 17, 2022, from September 22, 2022, pursuant to the guidelines laid out in the Order setting the Initial Case Management Conference (Dkt. 6).

3. The deadline to meet and confer pursuant to Fed. R. Civ. P. 26(f) and ADR L.R. 3-5 and the deadline to file an ADR Certification pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b) would be subsequently extended to October 3, 2022, from September 8, 2022.

Dated:  September 8, 2022                         Respectfully submitted,

*/s/ W. Cook Alciati*

Seth W. Wiener, California State Bar No. 203747
Law Offices of Seth W. Wiener
609 Karina Court
San Ramon, CA 94582
Telephone: (925) 487-5607
Email: seth@sethwienerlaw.com

W. Cook Alciati (admitted *pro hac vice*)
Gardella Grace P.A.
80 M Street SE, 1st Floor
Washington D.C., 20003
Telephone: (703) 721-8379
Email: calciati@gardellagrace.com

*Counsel for Plaintiff*
*Shared Partnership*

*/s/ Jacob M. Heath*

Jacob M. Heath, California State Bar. No. 238959
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: (650) 614 7400
Email: jheath@orrick.com

*Counsel for Defendant*
*Meta Platforms, Inc.*

STIPULATION TO RESCHEDULE THE INITIAL CASE MANAGEMENT
CONFERENCE AND RELATED DEADLINES

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 13, 2022

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge

STIPULATION TO RESCHEDULE THE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES