Seth W. Wiener (STATE BAR NO. 203747)
Law Offices of Seth W. Wiener
609 Karina Court
San Ramon, CA 94582
Telephone: (925) 487-5607
Email: seth@sethwienerlaw.com

W. Cook Alciati (admitted *pro hac vice*)
Gardella Grace P.A.
80 M Street SE, 1st Floor
Washington D.C., 20003
Telephone: (703) 721-8379
Email: calciati@gardellagrace.com

Attorneys for Plaintiff

Jacob M. Heath (STATE BAR NO. 238959)
jheath@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:   +1 650 614 7400
Facsimile:    +1 650 614 7401

Attorney for Defendant
Meta Platforms, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARED.COM,<br><br>          Plaintiff,<br><br>     v.<br><br>META PLATFORMS, INC.,<br><br>          Defendant. | Case No. 3:22-cv-02366-RS<br>ORDER<br>**STIPULATION TO EXTEND DEFENDANT'S TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT AS MODIFIED BY THE COURT** |

1    Pursuant to Civil L. R. 6-2, Plaintiff Shared.Com ("Plaintiff") and Defendant Meta

2  Platforms, Inc. ("Meta") hereby submit this Stipulation for Extension of Time for Meta to File a

3  Response to Plaintiff's First Amended Complaint ("FAC").  The Parties hereby stipulate as

4  follows:

5    1.    On September 21, 2022, the Court ruled on Meta's Motion to Dismiss Plaintiff's

6  FAC.  The Court granted in part and denied in part Meta's Motion.  Dkt. No. 31.

7    2.    The current deadline for Meta to file a responsive pleading to Plaintiff's FAC is

8  October 5, 2022.

9    3.    On September 8, 2022, the Court set the Initial Case Management Conference for

10  October 24, 2022.  Additionally, the Court set the deadline to file the Fed. R. Civ. P. 26(f) Report,

11  complete initial disclosures, and file the Joint Case Management Statement to October 17, 2022.

12  The Court also set the deadline to meet and confer pursuant to Fed. R. Civ. P. 26(f) to October 3,

13  2022.  Dkt. No. 29.

14    4.    Meta seeks additional time to file a responsive pleading (i.e., an answer that may

15  include affirmative defenses and/or counterclaims) to Plaintiff's FAC so that it can sufficiently

16  evaluate the facts and prepare its responsive pleading.

17    5.    Additionally, Meta's lead counsel is traveling internationally for work in the coming

18  weeks.

19    6.    Meta has not previously sought an extension of time in which to respond in this case.

20    7.    For the foregoing reasons, the parties agree and stipulate as follows:

21    a.  Extend time to **October 24, 2022** for Meta to file its response to Plaintiff's FAC;

22    b.  Conduct the Rule 26(f) Conference by **October 26, 2022**;

23    c.  The Case Management Conference currently set for October 24, 2022 shall be

24      continued to **November 10, 2022**, or to another time convenient to the Court;

25    d.  The Parties' Joint CMC Statement shall be due on **November 3, 2022**.

26    8.    A declaration in support of this stipulation, including information about any prior

27      extensions, and the justification for this request, is provided below.

28

1

1   Dated: October 4, 2022

2                         By: */s/ W. Cook Alciati*

3                           W. Cook Alciati (admitted *pro hac vice*)
                             Gardella Grace P.A.

4                           80 M Street SE, 1st Floor
                             Washington D.C., 20003

5                           Telephone: (703) 721-8379
                             Email: calciati@gardellagrace.com

6

7                           Seth W. Wiener, California State Bar No. 203747
                             Law Offices of Seth W. Wiener

8                           609 Karina Court
                             San Ramon, CA 94582

9                           Telephone: (925) 487-5607
                             Email: seth@sethwienerlaw.com

10                        Attorneys for Plaintiff
                           Shared.com

11

12  Dated: October 4, 2022              ORRICK, HERRINGTON & SUTCLIFFE LLP

13                         By: */s/ Jacob M. Heath*
                           Jacob M. Heath

14                         jheath@orrick.com
                           ORRICK, HERRINGTON & SUTCLIFFE LLP

15                         1000 Marsh Road
                           Menlo Park, CA  94025-1015

16                        Telephone:+1 650 614 7400
                           Facsimile: +1 650 614 7401

17

18                        Attorney for Defendant
                        Meta Platforms, Inc.

19              **CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

20      I hereby attest that concurrence in the filing of this document has been obtained from each

21  of the other signatories hereto.

22

23  Date: October 4, 2022            ORRICK, HERRINGTON & SUTCLIFFE LLP

24                        */s/ Jacob M. Heath*

25                        Jacob M. Heath

26                        Attorney for Defendant
                        Meta Platforms, Inc.

27

28

STIPULATION TO EXTEND TIME
Case No. 3:22-cv-02366-RS

1

**ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4    Dated:  October 4, 2022

THE HONORABLE RICHARD SEEBORG

5    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28