JACOB M. HEATH (STATE BAR NO. 238959)
jheath@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:     +1 650 614 7400
Facsimile:     +1 650 614 7401

MELISSA I. LEVIN (SBN 328146)
melissalevin@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone:     +1 415 773 5799

*Attorneys for Defendant*
*Meta Platforms, Inc.*

Seth W. Wiener (STATE BAR NO. 203747)
Law Offices of Seth W. Wiener
609 Karina Court
San Ramon, CA 94582
Telephone: (925) 487-5607
Email: seth@sethwienerlaw.com

W. Cook Alciati (admitted pro hac vice)
Gardella Grace P.A.
80 M Street SE, 1st Floor
Washington D.C., 20003
Telephone: (703) 721-8379
Email: calciati@gardellagrace.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARED PARTNERSHIP,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>META PLATFORMS, INC.,<br><br>　　　　　Defendant. | Case No. 3:22-cv-02366-RS<br><br>**JOINT REQUEST TO EXTEND CASE SCHEDULE;** AS MODIFIED BY THE COURT<br><br>**ORDER**<br><br>The Honorable Richard Seeborg |

1    Plaintiff Shared Partnership ("Shared" or "Plaintiff) and Defendant Meta Platforms, Inc.

2  ("Meta") hereby jointly submit and move the Court for an order resetting the case schedule.  The

3  parties stipulate, subject to approval of the Court, as follows:

4    1.    On July 13, 2023 the parties met and conferred regarding the schedule for discovery

5  and agreed to exchange proposals regarding an appropriate timeline.

6    2.    On July 17, 2023, counsel for Shared provided a letter containing a proposed

7  schedule for discovery.  Shared's proposal would have left the trial date unchanged.

8    3.    On July 21, 2023, counsel for Meta provided a counterproposal to Shared proposing

9  a modification of the trial date to June 24, 2024.

10    4.    On July 27, 2023, Judge Seeborg's chambers indicated that the Court had

11  availability for trial starting on June 24, 2024.

12    5.    Following receipt of the Court's availability for trial, Shared inidicated that it would

13  stipulate to the below schedule so long as trial begins on June 24, 2024 (or at one of the dates

14  shortly thereafter provided by Judge Seeborg's chambers, including availability during the month

15  of July 2024).

16    6.    Subject to the foregoing, the parties have met and conferred in good faith and have

17  agreed, subject to the Court's approval, to extend the case schedule to the following:

18

| Event | Current Deadline | Deadline |
|---|---|---|
| **Substantial Completion of Document Production** | N/A | October 27, 2023 |
| **Close of Fact Discovery** | September 21, 2023 | December 15, 2023 |
| **Further Case Management Conference** | October 5, 2023 | ~~December 22, 2023~~ December 14, 2023 |
| **Opening Expert Reports** | October 20, 2023 | January 18, 2024 |
| **Rebuttal Expert Reports** | November 17, 2023 | Feb 15, 2024 |
| **Close of Expert Discovery** | December 8, 2023 | March 13, 2024 |

JOINT REQUEST TO EXTEND CASE SCHEDULE
3:22-CV-02366-RS

| | | |
|---|---|---|
| **Pretrial Motion Cutoff** | January 4, 2024 | April 4, 2024 |
| **Pretrial Motion Hearing Date** | February 8, 2024 | May 8, 2024 |
| **Pretrial Conference** | April 3, 2024 | June 5, 2024 |
| **Trial** | April 15, 2024 | June 24, 2024 |

Dated:  August 1, 2023

JACOB M. HEATH
MELISSA LEVIN
ORRICK, HERRINGTON & SUTCLIFFE LLP

By:   */s/ Jacob M. Heath*
        JACOB M. HEATH

Attorney for Respondent
META PLATFORMS, INC.

COOK ALCIATI
ESTHER CARNER
MICHAEL DORFMAN
GARDELLA GRACE P.A.

By:   */s/ Cook Alciati*
        COOK ALCIATI

Attorey for Plaintiff
SHARED.COM

## CIVIL LOCAL RULE 5-1(h)(3) ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated:  August 1, 2023               By: */s/ Jacob M. Heath*

JOINT REQUEST TO EXTEND CASE SCHEDULE
3:22-cv-02366-RS

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2          The case schedule is extended as agreed to by the parties.

3

4

5  Dated: August _1_, 2023

6                                              HON. RICHARD SEEBORG
                                               UNITED STATES DISTRICT COURT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28