| | |
|---|---|
| JACOB M. HEATH (SBN 238959)<br>jheath@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025-1015<br>Telephone:     +1 650 614 7400<br>Facsimile:     +1 650 614 7401<br><br>MELISSA I. LEVIN (SBN 328146)<br>melissalevin@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>405 Howard Street<br>San Francisco, CA 94105<br>Telephone:     +1 415 773 5799<br><br>*Attorneys for Defendant*<br>*Meta Platforms, Inc.* | Seth W. Wiener (SBN 203747)<br>Law Offices of Seth W. Wiener<br>609 Karina Court<br>San Ramon, CA 94582<br>Telephone: (925) 487-5607<br>Email: seth@sethwienerlaw.com<br><br>W. Cook Alciati (admitted pro hac vice)<br>Gardella Grace P.A.<br>80 M Street SE, 1st Floor<br>Washington D.C., 20003<br>Telephone: (703) 721-8379<br>Email: calciati@gardellagrace.com<br><br>*Attorneys for Plaintiff* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARED PARTNERSHIP,<br><br>        Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>        Defendant. | Case No. 3:22-cv-02366-RS<br><br>**JOINT REQUEST TO EXTEND CASE SCHEDULE;**<br><br>**ORDER**<br>AS MODIFIED BY THE COURT<br><br>The Honorable Richard Seeborg |

Plaintiff Shared Partnership ("Shared" or "Plaintiff) and Defendant Meta Platforms, Inc. ("Meta") hereby jointly submit and move the Court for an order resetting the case schedule. The parties stipulate, subject to approval of the Court, as follows:

1. On October 26, 2023 the parties met and conferred regarding the schedule for discovery and agreed to exchange proposals regarding an appropriate timeline.

2. On November 3, 2023, counsel for Meta provided a letter containing a proposed schedule for discovery.

3. On November 7, 2023, counsel for Meta provided a revised proposed schedule for discovery.

4. On November 7, 2023, counsel for Shared provided a counterproposal to Meta proposing a revised schedule.

5. On November 8, 2023, counsel for Meta provided a counterproposal to Shared prospoing a revised schedule, with a proposed trial date of July 15, 2024.

6. On November 10, 2023, Judge Seeborg's chambers indicated that the Parties could request a trial starting on July 15, 2024.

7. Following receipt of the Court's availability for trial, Shared inidicated that it would stipulate to the below schedule so long as trial begins on July 15, 2023, subject to Meta's agreement that there will be no further schedule adjustments that require moving the trial date absent extenuating circumstances unrelated to the litigation.

8. Subject to the foregoing, the parties have met and conferred in good faith and have agreed, subject to the Court's availability and approval, to extend the case schedule to the following:

| Event | Current Deadline | Deadline |
| --- | --- | --- |
| Close of Fact Discovery | December 15, 2023 | January 26, 2024 |
| Further Case Management Conference | December 14, 2023 | February 29, 2024 |
| Opening Expert Reports | January 18, 2024 | February 26, 2024 |

| | | |
|---|---|---|
| **Rebuttal Expert Reports** | February 15, 2024 | March 25, 2024 |
| **Close of Expert Discovery** | March 13, 2024 | April 18, 2024 |
| **Pretrial Motion Cutoff** | April 4, 2024 | May 9, 2024 |
| **Pretrial Motion Hearing Date** | May 8, 2024 | June 6, 2024 |
| **Pretrial Conference** | June 5, 2024 | June 12, 2024 |
| **Trial** | June 24, 2024 | July 15, 2024 |

Dated: November 16, 2023

JACOB M. HEATH
MELISSA LEVIN
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Jacob M. Heath*
JACOB M. HEATH

Attorney for Respondent
META PLATFORMS, INC.

Dated: November 16, 2023

COOK ALCIATI
ESTHER CARNER
MICHAEL DORFMAN
GARDELLA GRACE P.A.

By: */s/ Cook Alciati*
COOK ALCIATI

Attorey for Plaintiff
SHARED PARTNERSHIP

### CIVIL LOCAL RULE 5-1(h)(3) ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated: November 16, 2023    By: */s/ Jacob M. Heath*
Jacob M. Heath

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The case schedule is extended as agreed to by the parties.

Dated: November 16, 2023

HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE