| | |
|---|---|
| JACOB M. HEATH (SBN 238959)<br>jheath@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025-1015<br>Telephone:     +1 650 614 7400<br>Facsimile:      +1 650 614 7401<br><br>MELISSA I. LEVIN (SBN 328146)<br>melissalevin@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>405 Howard Street<br>San Francisco, CA 94105<br>Telephone:     +1 415 773 5799<br><br>*Attorneys for Defendant*<br>*Meta Platforms, Inc.* | Seth W. Wiener (SBN 203747)<br>Law Offices of Seth W. Wiener<br>609 Karina Court<br>San Ramon, CA 94582<br>Telephone: (925) 487-5607<br>Email: seth@sethwienerlaw.com<br><br>W. Cook Alciati (admitted pro hac vice)<br>Gardella Grace P.A.<br>80 M Street SE, 1st Floor<br>Washington D.C., 20003<br>Telephone: (703) 721-8379<br>Email: calciati@gardellagrace.com<br><br>*Attorneys for Plaintiff*<br>*Shared Partnership* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARED PARTNERSHIP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>META PLATFORMS, INC.,<br><br>　　　　Defendant. | Case No. 3:22-cv-02366-RS<br><br>**JOINT REQUEST TO EXTEND CASE SCHEDULE**<br><br>**ORDER**<br><br>The Honorable Richard Seeborg |

Plaintiff Shared Partnership ("Shared" or "Plaintiff") and Defendant Meta Platforms, Inc. ("Meta") hereby jointly submit and move the Court for an order resetting the case schedule. The parties stipulate, subject to approval of the Court, as follows:

1. On December 14, 2023, the parties met and conferred regarding, among other things, the schedule for discovery and agreed to exchange proposed revised timelines.

2. On December 22, 2023, the Parties agreed to a proposed revised case schedule.

3. The parties agreement is contingent on the following:

    a. Meta and Shared will both substantially complete any remaining production of all non-privileged documents responsive to the Parties' discovery requests, to the extent is the Parties are able to identify such documents after a reasonable and diligent search, by January 19, 2024[1];

    b. To the extent all documents are not produced by January 26, 2024, the Parties will provide, in writing at least seven days in advance, a description of the relevant category of information contained in those documents and the approximate number of documents still outstanding;

    c. Meta will make its witnesses available for depositions during the first two weeks in February, subject to witness availability; and

    d. Meta and Shared will supplement the interrogatory responses that they have respectively agreed to supplement and initial disclosures by January 12, 2024.

4. Subject to the foregoing, the parties have thus met and conferred in good faith and have agreed, subject to the Court's availability and approval, to extend the case schedule to the following (all other case deadlines including trial and the pretrial conference would remain the same):

---

[1] Nothing herein is intended as an admission as to whether either party had substantially completed their document production by October 27, 2023, as called for in the Scheduling Order dated Augsut 1, 2023 (Dkt. 56).

| Event | Current Deadline | Deadline |
|---|---|---|
| **Close of Fact Discovery** | January 26, 2024 | February 29, 2024 |
| **Further Case Management Conference** | February 29, 2024 | March 14, 2024 |
| **Opening Expert Reports** | February 26, 2024 | March 8, 2024 |
| **Rebuttal Expert Reports** | March 25, 2024 | April 5, 2024 |
| **Close of Expert Discovery** | April 18, 2024 | April 22, 2024 |

Dated:  January 5, 2024

JACOB M. HEATH
MELISSA LEVIN
ORRICK, HERRINGTON & SUTCLIFFE LLP

By:   */s/ Jacob M. Heath*
JACOB M. HEATH

Attorney for Defendant
META PLATFORMS, INC.

Dated:  January 5, 2024

W. COOK ALCIATI
MICHAEL DORFMAN
GARDELLA GRACE P.A.

By:   */s/ W. Cook Alciati*
W. COOK ALCIATI

Attorney for Plaintiff
SHARED PARTNERSHIP

## CIVIL LOCAL RULE 5-1(h)(3) ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated:  January 5, 2024        By:  */s/ Jacob M. Heath*
Jacob M. Heath

- 2 -

JOINT REQUEST TO EXTEND CASE SCHEDULE
3:22-CV-02366-RS

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The case schedule is extended as agreed to by the parties.

Dated: January 5, 2024

HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE