| | |
|---|---|
| JACOB M. HEATH (SBN 238959)<br>jheath@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025-1015<br>Telephone:	+1 650 614 7400<br>Facsimile:	+1 650 614 7401<br><br>MELISSA I. LEVIN (SBN 328146)<br>melissalevin@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>405 Howard Street<br>San Francisco, CA 94105<br>Telephone:	+1 415 773 5799<br><br>*Attorneys for Defendant*<br>*Meta Platforms, Inc.* | Seth W. Wiener (SBN 203747)<br>Law Offices of Seth W. Wiener<br>609 Karina Court<br>San Ramon, CA 94582<br>Telephone: (925) 487-5607<br>Email: seth@sethwienerlaw.com<br><br>W. Cook Alciati (admitted *pro hac vice*)<br>Gardella Grace P.A.<br>80 M Street SE, 1st Floor<br>Washington D.C., 20003<br>Telephone: (703) 721-8379<br>Email: calciati@gardellagrace.com<br><br>*Attorneys for Plaintiff*<br>*Shared Partnership* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARED PARTNERSHIP,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>META PLATFORMS, INC.,<br><br>　　　　　Defendant. | Case No. 3:22-cv-02366-RS<br><br>**JOINT REQUEST TO EXTEND CASE SCHEDULE**<br><br> ORDER<br><br>The Honorable Richard Seeborg |

Plaintiff Shared Partnership ("Shared" or "Plaintiff") and Defendant Meta Platforms, Inc. ("Meta") hereby jointly submit and move the Court for an order resetting the case schedule. The parties stipulate, subject to approval of the Court, as follows:

1. On January 30, 2024, the parties scheduled a meet and confer and counsel for Meta provided a proposed extended schedule.

2. On January 31, 2024, the parties met and conferred regarding, among other things, the schedule for discovery.

3. On January 31, 2024, counsel for Shared provided a counterproposal to Meta proposing a revised schedule.

4. On January 31, 2024, counsel for Meta provided a counterproposal to Shared proposing a further revised schedule.

5. On February 5, 2024, the Parties agreed to a proposed revised case schedule with a proposed trial date of September 23, 2024.

6. The parties agreement is contingent on the following:

    a. The parties will confirm witness availability for depositions by February 7, 2024; and

    b. Following receipt of the Court's availability for trial, Shared indicated that it would stipulate to the below schedule so long as trial begins on September 23, 2024, subject to Meta's agreement that there will be no further schedule adjustments that require moving the trial date absent extenuating circumstances unrelated to the litigation.

7. Subject to the foregoing, the parties have thus met and conferred in good faith and have agreed, subject to the Court's availability and approval, to extend the case schedule to the following:

| Event | Current Deadline | Deadline |
|---|---|---|
| **Close of Fact Discovery** | February 29, 2024 | April 5, 2024 |
| **Further Case Management Conference** | March 14, 2024 | April 18, 2024 |
| **Opening Expert Reports** | March 8, 2024 | May 10, 2024 |
| **Rebuttal Expert Reports** | April 5, 2024 | June 7, 2024 |
| **Close of Expert Discovery** | April 22, 2024 | June 24, 2024 |
| **Pretrial Motion Cutoff** | May 9, 2024 | July 11, 2024 |
| **Pretrial Motion Hearing Date** | June 6, 2024 | August 8, 2024 |
| **Mediation Deadline** | n/a | July 23, 2024 |
| **Pretrial Conference** | June 28, 2024 | August 30, 2024 |
| **Trial** | July 15, 2024 | September 23, 2024 |

Dated:  February 6, 2024

                        W. COOK ALCIATI
                        MICHAEL DORFMAN
                        GARDELLA GRACE P.A.

By:  */s/ W. Cook Alciati*
     W. COOK ALCIATI

Attorney for Plaintiff
SHARED PARTNERSHIP

Dated:  February 6, 2024

                        JACOB M. HEATH
                        MELISSA LEVIN
                        ORRICK, HERRINGTON & SUTCLIFFE LLP

By:  */s/ Jacob M. Heath*
     JACOB M. HEATH

Attorney for Defendant
META PLATFORMS, INC.

1  **CIVIL LOCAL RULE 5-1(h)(3) ATTESTATION**

2  I hereby attest that concurrence in the filing of this document has been obtained from each
3  of the other signatories hereto.

4  Dated:  February 6, 2024                                    By: */s/ Jacob M. Heath*
                                                                        Jacob M. Heath
5

6

7  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8  The case schedule is extended as agreed to by the parties.

9

10

11  Dated: February  7  , 2024

12                                                                        HON. RICHARD SEEBORG
                                                                              UNITED STATES DISTRICT COURT JUDGE

- 3 -

JOINT REQUEST TO EXTEND CASE SCHEDULE
3:22-CV-02366-RS