UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARED PARTNERSHIP,<br><br>    Plaintiff,<br><br>  v.<br><br>META PLATFORMS, INC.,<br><br>    Defendant. | Case No. 22-cv-02366-RS<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION FOR ISSUANCE OF LETTER ROGATORY** |

  Defendant Meta Platforms, Inc. ("Meta") moves for issuance of a letter rogatory (a "letter of request") in order to obtain documents and deposition testimony from third-party Sampford Advisors, an entity located in Canada. Plaintiff Shared Partnership ("Shared") does not oppose this administrative motion. In this case, Shared alleges that Meta's conduct affected Shared's valuation. *See* Dkt. 21 ¶ 51 (First Amended Complaint). Meta contends Sampford Advisors served as a consultant for Shared and "played a critical role in determining the purported enterprise value of Shared during the relevant period." *See* Dkt. 62, at 2. Meta, thus, seeks the issuance of this letter rogatory in order to obtain discovery from Sampford Advisors in order to prepare its defenses in this case.

  Courts have the inherent power to issue letters rogatory. *See United States v. Staples*, 256 F.2d 290, 292 (1958). A letter rogatory is a court's request to a foreign court to take evidence from a foreign witness. *See Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 247 n.1 (2004). This evidence may include deposition testimony. *See* Fed. R. Civ. P. 28(b)(1)(B). Motions requesting issuance of a letter rogatory should generally be granted absent some showing of good

reason for their denial. *See, e.g.*, *Successor Agency to Former Emeryville Redevelopment Agency v. Swagelok Co.*, No. 17-cv-308, 2020 WL 7042860, at *2 (N.D. Cal. Dec. 1, 2020). Of course, the Federal Rules of Civil Procedure define the appropriate scope of discovery. *See* Fed. R. Civ. P. 26(b) (scope of discovery limited to relevant, nonprivileged matter).

Issuance of the requested letter rogatory is necessary for Meta to obtain the discovery to which it is entitled. The requested discovery is relevant to determining potential damages in this case given the role Sampford Advisors allegedly played in coming up with a valuation of Shared. *See* Fed. R. Civ. P. 26(b)(1). Good cause having been shown, Meta's motion for issuance of a letter rogatory is granted. Meta's proposed letter of request, along with its attached Schedules, will be issued.

**IT IS SO ORDERED**.

Dated: February 8, 2024

_____
RICHARD SEEBORG
Chief United States District Judge