| | |
|---|---|
| JACOB M. HEATH (SBN 238959)<br>jheath@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025-1015<br>Telephone:     +1 650 614 7400<br>Facsimile:      +1 650 614 7401<br><br>MELISSA I. LEVIN (SBN 328146)<br>melissalevin@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>405 Howard Street<br>San Francisco, CA 94105<br>Telephone:     +1 415 773 5799<br><br>*Attorneys for Defendant*<br>*Meta Platforms, Inc.* | Seth W. Wiener (SBN 203747)<br>Law Offices of Seth W. Wiener<br>609 Karina Court<br>San Ramon, CA 94582<br>Telephone: (925) 487-5607<br>Email: seth@sethwienerlaw.com<br><br>W. Cook Alciati (admitted *pro hac vice*)<br>Gardella Grace P.A.<br>80 M Street SE, 1st Floor<br>Washington D.C., 20003<br>Telephone: (703) 721-8379<br>Email: calciati@gardellagrace.com<br><br>*Attorneys for Plaintiff*<br>*Shared Partnership* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARED PARTNERSHIP,<br><br>    Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>    Defendant. | Case No. 3:22-cv-02366-RS<br><br>**JOINT REQUEST TO MODIFY CASE SCHEDULE**<br><br>**ORDER AS MODIFIED BY THE COURT**<br><br>The Honorable Richard Seeborg |

Plaintiff Shared Partnership ("Shared" or "Plaintiff") and Defendant Meta Platforms, Inc. ("Meta") hereby jointly submit and move the Court for an order modifying the case schedule. The parties stipulate, subject to approval of the Court, as follows:

1. On February 13, 2024, counsel for Shared provided a proposal via email regarding, among other things, a slight modification to the schedule for fact and expert discovery.

2. On February 13, 2024, counsel for Meta agreed to Shared's proposal.

3. The parties agreement is contingent on the following:

   a. The parties will produce follow-up information identified during depositions within ten-days of receiving such a request.

4. Subject to the foregoing, the parties have thus met and conferred in good faith and have agreed, subject to the Court's approval, to modify the case schedule to the following:

| Event | Current Deadline | Deadline |
|---|---|---|
| **Close of Fact Discovery** | April 5, 2024 | April 19, 2024 |
| **Further Case Management Conference** | April 18, 2024 | May 2, 2024 |
| **Opening Expert Reports** | May 10, 2024 | May 17, 2024 |
| **Rebuttal Expert Reports** | June 7, 2024 | June 7, 2024 |
| **Close of Expert Discovery** | June 24, 2024 | June 24, 2024 |
| **Pretrial Motion Cutoff** | July 11, 2024 | July 11, 2024 |
| **Pretrial Motion Hearing Date** | August 8, 2024 | August 8, 2024 |
| **Mediation Deadline** | July 23, 2024 | July 23, 2024 |
| **Pretrial Conference** | August 30, 2024 | August 30, 2024 |
| **Trial** | September 23, 2024 | September 23, 2024 |

| | | |
|---|---|---|
| Dated:  March 5, 2024 | | W. COOK ALCIATI<br>MICHAEL DORFMAN<br>GARDELLA GRACE P.A. |
| | By: | */s/ W. Cook Alciati*<br>W. COOK ALCIATI |
| | | Attorney for Plaintiff<br>SHARED PARTNERSHIP |
| Dated:  March 5, 2024 | | JACOB M. HEATH<br>MELISSA LEVIN<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | By: | */s/ Jacob M. Heath*<br>JACOB M. HEATH |
| | | Attorney for Defendant<br>META PLATFORMS, INC. |

## CIVIL LOCAL RULE 5-1(h)(3) ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated:  March 5, 2024                                By: */s/ Jacob M. Heath*
                                                                          Jacob M. Heath

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2  The case schedule is extended as agreed to by the parties.

5  Dated: March __6__, 2024

6  _____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

- 1 -

JOINT REQUEST TO MODIFY CASE SCHEDULE
3:22-CV-02366-RS