Seth W. Wiener, CA State Bar No. 203747
LAW OFFICES OF SETH W. WIENER
609 Karina Court
San Ramon, CA 94582
Telephone: (925) 487-5607
Facsimile: (925) 828-8648
Email: seth@sethwienerlaw.com

W. Cook Alciati (*pro hac vice*)
GARDELLA GRACE P.A.
80 M Street SE, 1st Floor
Washington, DC 20003
Telephone: (703) 721-8379
Facsimile: (703) 740-4541
Email: calciati@gardellagrace.com

Michael A. Dorfman (*pro hac vice*)
GARDELLA GRACE P.A.
2502 North Clark Street, Suite 222
Chicago, IL 60614
Telephone: (773) 755-4942
Facsimile: (703) 740-4541
Email: mdorfman@gardellagrace.com

*Counsel for Plaintiff*
*Shared Partnership*

Jacob M. Heath, SBN 238959
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: (650) 614-7470
Facsimile: (650) 614-7401
Email: jheath@orrick.com

Rebecca C. Harlow, SBN 281931
Melissa I. Levin, SBN 328146
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Email: rharlow@orrick.com
       melissalevin@orrick.com

*Counsel for Defendant*
*Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARED PARTNERSHIP<br><br>    Plaintiff,<br><br>    vs.<br><br>META PLATFORMS, INC.<br><br>    Defendant. | Case No.: 3:22-cv-02366-RS<br><br>**JOINT STIPULATION REGARDING CASE SCHEDULE**<br><br>**ORDER**<br><br>The Honorable Richard Seeborg |

Pursuant to the Court's May 2, 2024 Minute Entry, *see* Dkt. No. 74, Plaintiff Shared Partnership ("Shared") and Defendant Meta Platforms, Inc. ("Meta") hereby jointly submit the below case schedule and proposed trial dates. The Parties stipulate as follows:

1. On May 2, 2024, the Parties appeared before this Court in connection with the Parties' Case Management Conference, at which time the Court vacated the pretrial conference and jury trial, which had been set for August 30, 2024 and September 23, 2024, respectively.

2. The Court's resulting Minute Entry instructed the Parties to meet and confer and submit, within three weeks of the Minute Entry, at least three jury trial dates for the first quarter of 2025.

3. Pursuant to the Court's Minute Entry, the Parties have met and conferred regarding their availability and propose the following case schedule, including several jury trial dates for the first quarter of 2025:

| **Event** | **Current Deadline** | **Schedule** |
|---|---|---|
| **Close of Fact Discovery** | May 3, 2024 | June 6, 2024 |
| **Opening Expert Reports** | May 24, 2024 | July 3, 2024 |
| **Rebuttal Expert Reports** | June 14, 2024 | August 7, 2024 |
| **Reply Expert Reports** | n/a | August 27, 2024 |
| **Close of Expert Discovery** | June 24, 2024 | September 27, 2024 |

| Event | Current Deadline | Schedule |
|---|---|---|
| **Further Case Management Conference** | May 2, 2024 | August 22, 2024 |
| **Mediation Deadline** | July 23, 2024 | October 15, 2024 |
| **Dispositive/*Daubert* Motion Cutoff** | July 11, 2024 | November 8, 2024 |
| **Pretrial Motion Hearing Date** | August 8, 2024 | December 12, 2024 |
| **Pretrial Conference** | August 30, 2024 | March 5, 2025 |
| **Trial** | September 23, 2024 | March 17, 2025 |

| | | | |
|---|---|---|---|
| 1 | Dated: May 22, 2024 | | JACOB M. HEATH |
| 2 | | | MELISSA I. LEVIN |
| | | | REBECCA C. HARLOW |
| 3 | | | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 4 | | By: | _/s/ Jacob M. Heath_ |
| | | | JACOB M. HEATH |
| 5 | | | |
| 6 | | | Attorney for Defendant |
| | | | META PLATFORMS, INC. |

Dated: May 22, 2024

SETH W. WIENER
LAW OFFICES OF SETH W. WIENER

W. COOK ALCIATI
MICHAEL A. DORFMAN
GARDELLA GRACE P.A.

By: _/s/ W. Cook Alciati_
W. COOK ALCIATI

Attorney for Plaintiff
SHARED PARTNERSHIP

## CIVIL LOCAL RULE 5-1(h)(3) ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated: May 22, 2024     By: _/s/ Jacob M. Heath_
                                        JACOB M. HEATH

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The case schedule is set as agreed to by the parties, and a jury trial date is set for March 17, 2025 at 9:00 am and Pretrial Conference is set for March 5, 2025 at 10:00 am.

Dated: May 23, 2024

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE