UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 22-cv-02366-RS<br><br>**ORDER REGARDING MOTION TO EXTEND CASE SCHEDULE AND SEALING MOTION** |

**Administrative Motion**

Defendant Meta Platforms, Inc. seeks an extension of case deadlines by two months. Meta seeks this extension in order to afford itself sufficient time to complete discovery after Plaintiff Shared Partnership filed its second amended complaint—containing what Meta styles as a "new theory of fraudulent inducement"—in response to Meta's motion for judgment on the pleadings. Dkt. 95, at 6. The parties agree an extension of case deadlines is warranted, but disagree as to the appropriate length of any extension. Shared does not dispute it is pursuing a new theory of liability but blames Meta for failing expeditiously to seek discovery such that its proposed case deadlines are unjustified.

Fairness concerns weigh in favor of granting Meta's proposed deadlines given Shared's decision to amend its complaint. While Shared may desire to pursue the allegations in its new complaint without delay in the trial schedule, Meta is entitled to sufficient time to probe those allegations in fact and expert discovery without facing highly-compressed deadlines. Meta's proposed deadlines are adopted, with two exceptions: the pretrial conference will be scheduled for

April 30, 2025, and the trial will be scheduled for May 27, 2025.

**Sealing Motion**

Shared filed an administrative motion to consider whether another party's material should be sealed in connection with its opposition to Meta's motion for judgment on the pleadings. *See* Dkt. 80. It appears Meta has not filed the required statement in response to Shared's sealing motion. *See* Civil L.R. 79-5(f). Meta is directed to file a response to Shared's motion within seven days of this order; absent such a filing, the relevant docket entry will be unsealed.

**IT IS SO ORDERED**.

Dated: July 25, 2024

_____
RICHARD SEEBORG
Chief United States District Judge