UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARED PARTNERSHIP,<br><br>    Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>    Defendant. | Case No. 22-cv-02366-RS<br><br>**JUDGMENT** |

Pursuant to the Order Granting Defendant's Motion for Summary Judgment, Dkt. No. 204, and Federal Rule of Civil Procedure 58, judgment is entered in favor of Defendant Meta Platforms, Inc. and against Plaintiff Shared Partnership on Plaintiff's three claims for relief.

**IT IS SO ORDERED**.

Dated: April 8, 2025

_____
RICHARD SEEBORG
Chief United States District Judge